**No. 09-8355. In re Edward J. Mierzwa, Petitioner.**

560 U.S. 923, 130 S. Ct. 3321, 176 L. Ed. 2d 1241, 2010 U.S. LEXIS 4220.

May 24, 2010. Petition for writ of mandamus denied.

**No. 09-9758. In re Linda Bays, Petitioner.**

560 U.S. 923, 130 S. Ct. 3330, 176 L. Ed. 2d 1241, 2010 U.S. LEXIS 4288,

May 24, 2010. Petition for writ of mandamus and/or prohibition denied.

**No. 08-304. Graham County Soil and Water Conservation District, et al., Petitioners v. United States ex rel. Karen T. Wilson.**

560 U.S. 936, 130 S. Ct. 3351, 176 L. Ed. 2d 1241, 2010 U.S. LEXIS 4354.

May 24, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 280, 130 S. Ct. 1396, 176 L. Ed. 2d 225, 2010 U.S. LEXIS 2927.

**No. 09-880. Charles W. Birks, Petitioner v. Keith F. Park, et al.**

560 U.S. 936, 130 S. Ct. 3351, 176 L. Ed. 2d 1241, 2010 U.S. LEXIS 4198.

May 24, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1037, 130 S. Ct. 2063, 176 L. Ed. 2d 414, 2010 U.S. LEXIS 2811.

**No. 09-8280. James Brown, Petitioner v. Perry Phelps, Warden, et al.**

560 U.S. 936, 130 S. Ct. 3351, 176 L. Ed. 2d 1241, 2010 U.S. LEXIS 4272.

May 24, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 952, 130 S. Ct. 1539, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1297.

**No. 09-8660. Quinton Wheeler, Petitioner v. Harley G. Lappin, Director, Federal Bureau of Prisons, et al.**

560 U.S. 936, 130 S. Ct. 3351, 176 L. Ed. 2d 1241, 2010 U.S. LEXIS 4365.

May 24, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 983, 130 S. Ct. 1716, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1996.

**No. 09-8712. Duane A. Crockett, Petitioner v. Carol Woughter, Superintendent, Mohawk Correctional Facility.**

560 U.S. 936, 130 S. Ct. 3351, 176 L. Ed. 2d 1241, 2010 U.S. LEXIS 4171.

May 24, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1015, 130 S. Ct. 1902, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2616.